IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT DOUGLAS TURNER,

   Plaintiff,

   v.

STATE OF MARYLAND, *et al.*

   Defendants.

Civil Action No.: RDB-19-1856

## ORDER

On July 2, 2019, this Court issued an Order requiring Plaintiff to supplement the above-captioned Complaintand to either pay the full filing fee or file a Motion to Proceed in Forma Pauperis. ECF 2. Plaintiff was provided 28 days in which to file the supplemental information and was forewarned that failure to file the information required would result in dismissal of the Complaint. *Id.* Petitioner has failed to file the required supplemental information.

Accordingly, it is this 20th day of August, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiff; and
3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

_____/s/_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE